# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE LEWIS T. BABCOCK

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  January 24, 2008 |
| Court Reporter:     Gwen Daniel | Probation: Keith Williams |
| | Interpreter: Cathy Bahr |

Criminal Action No.  07-cr-00505-LTB          _Counsel:_

UNITED STATES OF AMERICA,

      Plaintiff,                                    Wyatt Angelo

v.

1.    FREDY MENDEZ-MOLDANADO,          Scott Varholak

    Defendant.

---

## CHANGE OF PLEA
## and
## SENTENCING

---

09:05 a.m.    Court in Session

Interpreter sworn

Court's comments

An Unopposed Motion for Immediate Sentencing was filed on January 16, 2008 (Doc No. 14)

Defendant sworn and answers true name;  Defendant is 26 years old

**EXHIBITS:** Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty; Court Exhibit 1A - Spanish translation of the Plea Agreement; Court Exhibit 2A - Spanish translation of the Statement by Defendant in Advance of Plea of Guilty

Defendant advised of maximum penalties

Defendant's right to trial to jury and other constitutional rights explained

Defendant's right to Grand Jury Indictment explained.

The Information and Waiver of Indictment read to defendant.

Court approves the filing of the Information.

Defendant waives a second reading of the Information.

Defendant pleads **GUILTY** to the Information

Court **accepts** plea of guilty

Court's comments

An Unopposed Motion for Immediate Sentencing was filed on January 16, 2008 (Doc No. 14).

Defendant's comments

Sentencing Statement by Mr. Varholak

Court's comments

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Fredy Mendez-Moldando is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of four months.**

**ORDERED:** **Upon release from imprisonment, defendant shall be placed on supervised release for a period of one year, subject to the standard conditions adopted by this Court.**

**SPECIAL CONDITIONS**: of Supervised Release
   (x)    Defendant, if deported, shall not return to the U.S. illegally. If the defendant re-enters the United States legally, defendant shall report to the

2

nearest U.S. Probation Office within 72 hours of defendant's return.

**ORDERED:** Defendant shall pay $100 to Crime Victim Fund (Special Assessment) to be paid immediately

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal.

The sentence imposed is a sentence which the Court finds and concludes is sufficient but not greater than necessary to comply with the purposes set forth in paragraph (2) of 18 U.S.C. § 3553(a).

Defendant is **REMANDED** to the custody of the U.S. Marshal.

09:47 a.m.  Court in Recess
            Hearing concluded
            Time: /42